IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN ANTHONY BUNCH,** | Case No. 2:21-cv-1209 JAM KJN P |
| Petitioner, | **[PROPOSED] ORDER AND SEALING ORDER** |
| **v.** | |
| **D. SAMMULES,** | |
| Respondent. | |

Petitioner is a state prisoner, proceeding without counsel.  On September 21, 2021, respondent filed a request to seal the confidential portion of the state court record (Marsden hearing transcript).  The transcript was declared confidential in state court.  Respondent is providing petitioner a copy of the transcript.

Good cause appearing, IT IS HEREBY ORDERED that:

1.  Respondent's request to seal (ECF No. 10) is granted; and

2.  The Clerk of the Court shall file the Reporter's Transcript on Appeal containing 46 total pages under seal.

Dated:  September 22, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/bunc1209.sea