UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ANTHONY BUNCH,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>D. SAMMULES,<br><br>　　　　　Respondent. | No. 2:21-cv-1209 DAD KJN P<br><br><br>ORDER |

　　　　Petitioner requested an extension of time to file objections to the May 25, 2023 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

　　　　1. Petitioner's request for an extension of time (ECF No. 24) is granted; and

　　　　2. Petitioner shall file objections on or before August 10, 2023.

Dated: June 28, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Kendall J. Newman
　　　　　　　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

/bunc1209.111

1